# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MEDITERRANEAN SHIPPING COMPANY, S.A., <br><br> Defendant. | Case No. 4:20-cv-00355-KAW <br><br> **ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 15 |

On March 25, 2020, Plaintiffs filed a notice of settlement. Accordingly, Plaintiffs shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the April 28, 2020 case management conference is continued to June 16, 2020. The joint case management statement is due on or before June 9, 2020.

IT IS SO ORDERED.

Dated: March 26, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge